# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 18, 2019

SEAN F. McAVOY, CLERK

SPOKANE VALLEY FIRE DEPARTMENT,

*Plaintiff*

v.

INTERNATIONAL ASSOCIATION OF FIRE FIGHTERS AFL-CIO LOCAL 3701,

*Defendant*

Civil Action No. 2:17-CV-00250-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's converted motion for summary judgment (ECF No. 33) is GRANTED. All claims are DISMISSED WITHOUT PREJUDICE, with all parties to bear their own attorneys fees and costs. JUDGMENT of dismissal is hereby entered.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Salvador Mendoza, Jr. on a converted motion for summary judgment (ECF No. 33).

Date: 4/18/2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lennie Rasmussen
*(By) Deputy Clerk*

Lennie Rasmussen